UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-1707**

FRANCIS AKINRO,

                   Plaintiff - Appellant,

          v.

HERTZ CAR RENTAL,

                   Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J.  Frederick Motz, District Judge.
(1:10-cv-01297-JFM)

Submitted:  September 28, 2010        Decided:  October 1, 2010

Before WILKINSON, SHEDD, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Francis Akinro, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Francis Akinro appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Akinro v. Hertz Car Rental</u>, No. 1:10-cv-01297-JFM (D. Md. June 4, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>